```
                                    FILED IN OPEN COURT
                                       U.S.D.C ATLANTA

                                  Date: JAN 25 2021
                                       JAMES N. HATTEN, Clerk

                                  By:  s/Lynn Wood Beck
                                            Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA POLLOSO EPIFANIOU | CRIMINAL ACTION<br><br>NO. 1:17-CR-327-MHC-JKL-1 and<br>NO. 1:21-cr-24-MHC |

**TO THE ABOVE NAMED DEFENDANT**:

By direction of the Honorable Mark H. Cohen, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Northern District of Georgia on **WEDNESDAY, MARCH 3, 2021, AT 10:00 A.M.** for imposition of sentence. On that date report to the U.S. Courthouse, Courtroom 1905, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303, where sentence will be imposed. You will receive no further notice.

If you are under bond, your failure to appear for sentencing on this above date will result in the forfeiture of your bond.

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900 of the building).


DATE:        January 25, 2021                    JAMES N. HATTEN, CLERK

DEFENDANT: _____
            Joshua Polloso Epifaniou

COUNSEL:   _____     BY: _____
            Stephen R. Johnson                  Lynn Wood Beck
                                            COURTROOM DEPUTY CLERK

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney call Lynn Wood Beck, Courtroom Deputy Clerk, at 404-215-1315.

U.S. Attorney                               AUSA:  Nathan Kitchens
U.S. Marshal
U.S. Probation