# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00327-MHC-JKL AND
## 1:21-cr-24-MHC

### USA v. Joshua Epifaniou
### Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 03/17/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 10:30 A.M. | COURT REPORTER: Judith Wolff |
| TIME COURT CONCLUDED: 11:55 A.M. | CSO/DUSM: Mike Bagley |
| TIME IN COURT: 1:25 | USPO: Stephanie Schuessler |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Lynn Beck |

| | |
|---|---|
| DEFENDANT(S): | [1]Joshua Polloso Epifaniou Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen Johnson representing Joshua Polloso Epifaniou<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | No objections to the PSR by Government and Defense. PSR was adopted by the Court to which no objections had been raised. Court set forth sentencing guideline calculations. No objections to the guidelines as stated. Parties presented argument and recommendation regarding a reasonable sentence. Court advised defendant of his right of allocution. Defendant made a statement on his behalf. Sentence pronounced. See J&C for details. 3553 factors stated by Court. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |